Dismissed and Memorandum Opinion filed March 29, 2007








Dismissed
and Memorandum Opinion filed March 29, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01007-CV

____________

 

ALFREDO l. VITERI, Appellant

 

V.

 

LAURA L. GOBELI,
Appellee

 



 

On Appeal from the 308th District Court

Harris County, Texas

Trial Court Cause No. 2004-60030

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 8, 2006.  On March 21, 2007, appellant
filed a motion to dismiss because he no longer desires to prosecute this
appeal. See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed March
29, 2007.

Panel consists of Justices Yates, Anderson, and Hudson.